UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ROBERT MECEA,

                Plaintiff,

    - against -

HEYKOREAN, INC.,

               Defendant.
---

22-cv-4692 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 15, 2022.

SO ORDERED.

Dated:    New York, New York
            August 1, 2022

                                       John G. Koeltl
                                  United States District Judge