```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

ROBERT MECEA,

                Plaintiff,

         22-cv-4692 (JGK)

    - against -

         ORDER

HEYKOREAN, INC.,

                Defendant.

─────────────────────────────────

JOHN G. KOELTL, District Judge:

    The conference scheduled for **September 8, 2022** at **3:00 p.m.** is **canceled**.

**SO ORDERED.**

Dated:    New York, New York
            September 2, 2022

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge